IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CASSANDRA HILL                                                                                      PLAINTIFF

V.                              Case No. 4:24-CV-00443-BBM

LELAND DUDEK, Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 2nd day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE